UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| DANIEL OELAND, | Case No.: 3:22-cv-00288-BEN-DEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION AND STIPULATION TO ARBITRATE AND STAY ACTION** |
| CITIBANK, N.A., | |
| Defendant. | [ECF No. 5] |

Plaintiff filed its complaint in the subject case on March 3, 2022. ECF No. 1. Before Defendant filed its answer, the parties jointly moved to stipulate to arbitration and stay the case pending completion of the arbitration process. ECF No. 5.

Courts have broad discretion to stay proceedings incident to their power to control their own docket. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). Stays are often granted when the resolution of another action bears upon the case, because a stay is most "efficient for [the court's] own docket and the fairest course for the parties[.]" *Leyva v. Certified Grocers of Cal., Ltd.*, 593 F.2d 857, 863 (9th Cir. 1979); *see also Landis v. North American Co.*, 299 U.S. 248, 253 (1936) (holding that a stay may be warranted where the resolution of other litigation may "assist in the determination of the questions of law involved.").

To conserve judicial resources and in the exercise of its discretion, the Court

hereby **GRANTS** the Joint Motion and Stipulation to Arbitrate and Stay Action. The parties are ordered to provide a status report 90 days from the issuance of this order. Further, the parties shall notify this Court within seven days of completing the arbitration process.   All further proceedings in this case are stayed.

**IT IS SO ORDERED.**

Dated: April 14, 2022

_____
**HON. ROGER T. BENITEZ**
United States District Judge